**Edward MACEY, Appellant, v. A. C. ADER-HOLD, Warden United States Penitentiary, Atlanta, Georgia, Appellee.**

**No. 6540.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

Edward Macey, in pro. per.

Clint W. Hager, U. S. Attys., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**Roy McGUIGAN, Appellant, v. UNITED STATES of America.**

**No. 9562.**

Circuit Court of Appeals, Eighth Circuit.

July 14, 1932.

John M. Berger, of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., of Omaha, Neb.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of counsel for appellee and consent of appellant, etc.

**Alfred MACK v. UNITED STATES of America.**

**No. 4853.**

Circuit Court of Appeals, Seventh Circuit.

Sept. 27, 1932.

Dwight H. Green, U. S. Atty., of Chicago, Ill.

Before ALSCHULER and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged by the court, that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed pursuant to section 1 of rule 14 of the Rules of this court. It is further ordered that the mandate issue forthwith.

**Joseph MALNAR, Anthony D. Fiar and Matt Kozuh v. UNITED STATES of America.**

**No. 4850.**

Circuit Court of Appeals, Seventh Circuit.

Sept. 22, 1932.

Dwight H. Green, U. S. Atty., of Chicago, Ill.

Before ALSCHULER and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed pursuant to section 1 of rule 14 of the Rules of this court. It is further ordered that the mandate issue forthwith.